**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

ROBERT MARTIN, III,                       §
                                          §
      Plaintiff,                        §
                                          §
*versus*                                  §   CIVIL ACTION NO. 9:23-CV-104
                                          §
GLEN WISE,                                §
                                          §
      Defendant.                        §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Robert Martin, III, an inmate formerly confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.[1]  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends granting the defendant's motion to dismiss (#21) and dismissing the above-styled action with prejudice.  To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**.  It is

---

[1] As explained in the report, Glen Wise answered plaintiff's complaint as the nurse providing treatment. Plaintiff's original defendant in this action, Glen Wui, is not employed at the facility.

**ORDERED** that the defendant's motion for summary judgment (#21) is **GRANTED.**  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 29th day of June, 2026.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE